**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02966-REB-BNB

HENRY SHELDON FELLERMAN, JR.,

    Plaintiff,

v.

THE UNITED STATES ARMY, and
UNITED STATES SECRETARY OF THE ARMY, JOHN M. McHUGH,

    Defendants.

## ORDER

**Blackburn, J.**

    The matter is before me on the **Unopposed Motion To Remand** [#9] filed February 2, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be remanded to the Army Board for Correction of Military Records.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Unopposed Motion To Remand** [#9] filed February 2, 2011, is **GRANTED**;

    2. That the decision of the Army Board of Correction of Military Records that is the subject of this civil action – Army Board of Correction of Military Records Docket No. AR20090012215 – is **REMANDED** for consideration by the Army Board for Correction of Military Records;

3. That plaintiff **SHALL BE GIVEN** the opportunity to submit additional evidence to the Army Board for Correction of Military Records for its review; and

4. That this case is **CLOSED**.

Dated February 2, 2011, at Denver, Colorado.

                        **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge